IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| **BRENDA BALBUENA,** | : | |
| Plaintiff, | : | |
| vs. | : | Civil Action No. 14-0188-KD-C |
| **JOHN M. MCHUGH, Secretary, Department of the Army,** *et al.*, | : | |
| | : | |
| Defendants. | | |

## ORDER

After due and proper consideration of the issues raised, and there having been no objections filed, the recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(l)(B) and dated September 24, 2015 is **ADOPTED** as the opinion of this Court.

Accordingly, Defendants' motion to dismiss (doc. 23) is GRANTED.   This action is dismissed for failure to state a claim upon which relief could be granted. *See* Fed. R. Civ. P. 12(b)(6).

**DONE** this 21st day of October 2015.

> s/ Kristi K. DuBose
> KRISTI K. DuBOSE
> UNITED STATES DISTRICT JUDGE